# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

       **v.**                                **Case No. 6:20-cr-10070-GEB**

**MICHAEL R. PORTER**

       **Defendant.**

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

**18 U.S.C. § 111(a)(1)**
**(Assault of Federal Employee)**

On or about April 23, 2019, in the District of Kansas, the defendant,

MICHAEL R. PORTER,

did intentionally and forcibly assault, resist, oppose, impede, and interfere with J.S. a Registered Nurse with the United States Department of Veteran Affairs, Robert J. Dole, VA Medical Center, while J.S. was engaged in the performance of his official duties.

The above acts were in violation of Title 18, United States Code, §111(a)(1).

## COUNT TWO

On or about April 23, 2019, in the District of Kansas, the defendant,

MICHAEL R. PORTER,

did intentionally and forcibly assault, resist, oppose, impede, and interfere with R.K. a Registered Nurse with the United States Department of Veteran Affairs, Robert J. Dole, VA Medical Center, while R.K. was engaged in the performance of his official duties.

The above acts were in violation of Title 18, United States Code, §111(a)(1).

STEPHEN R. McALLISTER
United States Attorney

 /s/ Alan G. Metzger
ALAN G. METZGER
Assistant United States Attorney
United States Attorney's Office
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
Fax: (316) 269-6484
K.S.Ct.No. 10143
alan.metzger@usdoj.gov