**In the United States District Court
for the District of Kansas**

**United States of America**,
        Plaintiff,

v.                                  Case No. 20-10070-01-GEB

**Michael R. Porter,**
        Defendant.

**Motion for Reconsideration of Defendant's Bond**

Defendant Michael R. Porter, through undersigned counsel, moves this Court to reconsider the Order Revoking Bond and Ordering Detention filed in this case with this Court on February 25, 2021. D.E. 24. Counsel would request the Court promptly schedule a hearing regarding this matter. In support of this motion, counsel alleges and states:

An Order Setting Conditions of Release was filed in this case on November 18, 2020. D.E. 11. A Petition for Action on Conditions of Pretrial Release was filed on January 14, 2021. D.E. 18, and a Petition for Action on Conditions of Pretrial Release was filed on January 20, 2021. D.E.19. On February 24, 2021, a bond hearing was conducted before United States Magistrate Judge Gwynne E. Birzer. At that hearing, the Court revoked Mr. Porter's bond.

On March 8, 2021, Mr. Porter entered a plea of guilty to the Information pursuant to a plea agreement. D.E. 28, 29. The Court scheduled sentencing for May 25, 2021. D.E. 27.

Mr. Porter seeks reconsideration of the Order Revoking Bond and Ordering Detention, because there is information that exists that was not known to the defense at the time of the bond revocation hearing. Since this Court revoked Mr. Porter's bond, he has been working with the Veteran's Administration (VA) Veteran's Justice Outreach Coordinator in Wichita to obtain placement in an inpatient treatment program.

Mr. Porter has been accepted to the 21-day VA's Substance Abuse Residential Rehabilitation Treatment Program (SARRTP) in Kansas City, Missouri. His bed will open on May 12, 2021. After completion of the SARRTP, Mr. Porter plans to transition to the VA's Domiciliary Program in Leavenworth, Kansas on June 1, 2021.

Once admitted to the SARRTP, Mr. Porter will be unable to leave the campus. If the Court allows him to attend this treatment program, Mr. Porter will also ask the Court to continue his sentencing hearing until after he starts the Domiciliary program.[1]

Release to this treatment program pending sentencing would ensure Mr. Porter would not be likely to flee or pose a danger to the safety of any other person or the community.

---

[1] Counsel for Mr. Porter has confirmed that the Domiciliary will allow Mr. Porter to return to Wichita for his sentencing hearing.

Counsel for the government, Alan Metzger, Assistant United States Attorney, has no objection to this request.

WHEREFORE, Mr. Porter respectfully requests this Court reconsider the Order Revoking Bond and Ordering Detention, D.E. 24, filed in this case with the Court on February 25, 2021, and promptly schedule a hearing on this matter.

    Respectfully submitted,

    s/David J. Freund
    DAVID J. FREUND
    Sup. Ct. No. 17736
    Assistant Federal Public Defender
    Federal Public Defender Office
    301 N. Main, Suite 850
    Wichita, KS 67202
    Telephone: 316-269-6445
    Fax:  316-269-6175
    Email: david_freund@fd.org

## Certificate of Service

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on May 3, 2021, by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Alan G. Metzger
    Assistant United States Attorney
    alan.metzger@usdoj.gov

I further certify that a copy of the foregoing was emailed to:

    Jill Farias
    United States Probation Officer
    jill_farias@ksp.uscourts.gov

    s/David J. Freund
    DAVID J. FREUND, #17736