COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: __8/9/2021__

FILED
U.S. District Court
District of Kansas

AUG 9 2021

Clerk, U.S. District Court
_____ Deputy Clerk

United States of America,

    Plaintiff,

v.

Michael Porter (in person),

    Defendant.

Case No. __20-10070-01-GEB__

JUDGE: ☒ Birzer ☐ Gale
DEPUTY CLERK: ☒ Anderson ☐ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez ☐ Ping ☐ Rivera ☐ Vilaythong ☐ Sworn

AUSA: __Metzger__
DEFENSE COUNSEL: __Freund__
TAPE NO.: __1:34 - 1:56__

## PROCEEDINGS

☐ Initial Appearance         ☐ Detention Hearing       ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3)       ☐ Preliminary Hearing     ☐ Pretrial Conference
☒ Sentencing                 ☐ Change of Plea
☐ In-Court Hearing: _____
☐ Arraignment   ☐ Reading waived   ☐ Read to Defendant   ☐ Not Guilty Plea Entered

☐ Complaint ☐ Indictment ☒ Information ☐ Pet. Revoke Supervision ☒ No. Counts: 2 ☐ Forfeiture
☐ Felony  ☒ Misdemeanor
☐ Charges/Viols. and penalties explained to Defendant
☐ Constitutional rights explained
☐ Defendant affirmation/sworn   ☐ Examined re: financial status   ☐ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule   ☐ 20   ☐ 5(c)(3)   ☐ Transfer to: _____
☐ Signed Wvr Ind  ☐ Signed Consent to MJ  ☐ Petition to Plea filed  ☐ Plea Agmt filed  ☐ PSI ordered

☐ Release ordered       ☐ Bond fixed at: $ _____      ☐ Continued on present bond/conditions
☐ Temp. det. ordered    ☐ Detention ordered             ☐ Remanded to custody

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Government motion for detention is   ☐ granted.   ☐ denied.   ☐ withdrawn.   ☐ taken under advisement.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

Defendant's next appearance:  ☐ as directed before Judge _____
                              ☐ per the Scheduling Order of Judge _____
                              ☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
                              for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: Count 1: Time served; 1 yr. supervised release; See JCC for additional conditions
Count 2: Time served; 1 yr. supervised release, concurrent to ct. 1
Fine: $0 due to inability to pay
SA: $50 total ($25/count)